No. 211. BALTIMORE & OHIO SOUTHWESTERN RAILROAD COMPANY *v.* UNITED STATES. Error to the Circuit Court of Appeals for the Sixth Circuit. Motion to dismiss sub-

mitted December 16, 1918.  Decided December 23, 1918.
*Per Curiam.*  Dismissed for want of jurisdiction upon the
authority of § 237 of the Judicial Code, as amended by the
Act of September 6, 1916, c. 448, 39 Stat. 726.  *Mr.
George Hoadly, Mr. Judson Harmon, Mr. Edward Colston,
Mr. A.-W. Goldsmith* and *Mr. Oscar Stoehr* for plaintiff in
error.  *The Solicitor General, Mr. Assistant to the Attorney
General Todd* and *Mr. Assistant Attorney General Frierson*
for the United States.

